**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**DAVID J. SANTANA,**

                **Petitioner,**

  v.                                                **9:20-CV-1098**
                                                        **(TJM/ML)**

**EARL BELL, Superintendent,**

                **Respondent.**
_____

**Thomas J. McAvoy,**
**Sr. U.S. District Judge**

### DECISION & ORDER

      Petitioner seeks federal habeas corpus relief pursuant to 28 U.S.C. § 2254. He contends that his convictions in New York State court for sexual crimes against a minor violated his constitutional rights. The Court referred the matter to the Hon. Miroslav Lovric, United States Magistrate Judge, for a Report-Recommendation pursuant to 28 U.S.C. § 636(b) and Local Rule 72.3(c).

      Judge Lovric's Report-Recommendation, issued on August 14, 2023, recommends that the Court dismiss the petition and decline to issue a certificate of appealability. Judge Lovric finds that the decision of the New York courts that denied Petitioner's post-trial motions did not involve an unreasonable application of clearly established federal law or represent an unreasonable determination of the facts as established in the state-court proceedings. Judge Lovric finds that the state courts reasonably applied standards for

1

evaluating ineffective assistance of counsel claims, other constitutional claims, and evidentiary issues.

Petitioner did not object to the Report-Recommendation. The time for such objections has passed. After examining the record, this Court has determined that the Report-Recommendation is not subject to attack for plain error or manifest injustice and the Court will accept and adopt the Report-Recommendation for the reasons stated therein.

Accordingly:

It is therefore **ORDERED** that Judge Lovric's Report-Recommendation, dkt. # 22, is hereby **ACCEPTED** and **ADOPTED**. Petitioner's petition for a writ of habeas corpus, dkt. # 1, is hereby **DENIED and DISMISSED**. The Court declines to issue a certificate of appealability.

**IT IS SO ORDERED.**

Dated: October 12, 2023

Thomas J. McAvoy
Senior, U.S. District Judge